**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 162.193.136.112**

**ISP:** AT&T U-verse
**Physical Location:** Houston, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/21/2018 21:14:43 | ABAF93A6E2F868765C236D60E7770E16CBABF40E | Five Reasons to Love Sex with Blondes |
| 09/05/2017 20:35:24 | 5FD28AA7ADD967571F60FB7B519EC4F06AAA0F0D | Born To Be Wild |
| 07/05/2017 18:47:18 | 0795957EB77B0C2ECD7C669292F5FD28BC3629CA | Four Way In 4K |
| 06/23/2016 21:47:15 | 5CF74DDFF817F18342D01A1E88D2053BB766C91E | The Artiste |
| 01/07/2016 20:13:20 | 4F99498549B8B8F3E84D2E48788CDFBA10C3247E | Like The First Time |
| 11/08/2015 20:42:39 | 3C51F17B5DEAC60CFC27949687BDB98FA9A2259C | First Time Lesbian Loving |
| 07/11/2015 21:57:44 | 47C13D10391D5B4D6639C460720EF2DA64D30A5B | Take Me Now |
| 05/05/2015 19:20:14 | FA852B963E2C0A269C8C30425A186C2C77F07AE1 | Do Not Keep Me Waiting Part #2 |
| 03/13/2015 22:47:50 | E9E4359767D5B13DA01ED07689E7C2FBEAEBBBDB | Should Have Seen Your Face |
| 12/19/2014 16:53:37 | 52C030115E614EDFBA0DBF147841A44B9EBA521E | Watching |
| 12/03/2014 00:00:01 | 4A5E92C8F914961D338FEA605B5250C5DC0D17E2 | Too Hot To Handle |
| 11/30/2014 23:25:45 | 59071E5FA19FCE52348FE851048F46FF6E111DCD | Forever You Part #2 |
| 11/11/2014 22:04:35 | C74B0316DC20F9BBE30B6FA03A0EFEBBB1A2EBA4 | Summertime |

**Total Statutory Claims Against Defendant: 5**

EXHIBIT A

STX165